THE CITY OF CHICAGO, Plaintiff-Appellee, *v.* HARRIS TRUST & SAVINGS BANK *et al.;* Defendants-Appellants.

(No. 58727; ▮▮▮▮▮▮▮▮▮▮

First District (1st Division)—June 7, 1973.

Opinion by Mr. JUSTICE EGAN.

Sheldon O. Zisook and Avrum Reifer, both of Chicago, for appellants.

Richard L. Curry, Corporation Counsel, of Chicago, for appellee.

Robert L. Graham, of Jenner & Block, of Chicago, for intervenors-appellants.

RADIE SLATTEN, Plaintiff-Appellee, *v.* THE CITY OF CHICAGO, Defendant-Appellant.

(No. 55481; ▮▮▮▮▮▮▮▮▮▮

First District (2nd Division)—June 12, 1973.

*Rehearing denied July 25, 1973.*